Submitted on record and briefs August 18, affirmed August 29, 1977

STATE OF OREGON, *Respondent,*
*v.*
DEBORAH JEAN WALL, *Appellant.*
(Nos. 76-04581 and 76-16434, CA 8230)
567 P2d 1095

Robert J. Larson, Public Defender's Services of Lane County, Inc., Eugene, filed the briefs for appellant.

James A. Redden, Attorney General, W. Michael Gillette, Solicitor General, and Kathleen Dahlin, Certified Law Student, Salem, filed the brief for respondent.

Before Schwab, Chief Judge, and Richardson and Johnson, Judges.

PER CURIAM.

Affirmed. *Brown v. Multnomah County Dist. Ct.,* 29 Or App 917, 566 P2d 522 (1977).